# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **DARIAN VALERIA APOLINAR MONTE,**<br><br>***Petitioner*,**<br><br>**v.**<br><br>**MARY DE ANDA-YBARRA, IN HER OFFICIAL CAPACITY AS FIELD OFFICE DIRECTOR OF ENFORCEMENT AND REMOVAL OPERATIONS, EL PASO FIELD OFFICE IMMIGRATION AND CUSTOMS ENFORCEMENT, TODD M. LYONS, IN HIS OFFICIAL CAPACITY AS ACTING DIRECTOR, IMMIGRATION AND CUSTOMS ENFORCEMENT, U.S. DEPARTMENT OF HOMELAND SECURITY, KRISTI NOEM, IN HER OFFICIAL CAPACITY AS SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY; DEPARTMENT OF HOMELAND SECURITY, DAREN K. MARGOLIN, IN HIS OFFICIAL CAPACITY AS DIRECTOR, EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, PAMELA JO BONDI, IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES, and WARDEN, ERO EL PASO CAMP EAST MONTANA;**<br><br>***Respondents*.** | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | **No. 3:26-CV-00181-LS** |

**<u>FINAL JUDGMENT</u>**

Consistent with its order entered today and Federal Rule of Civil Procedure 58, the Court enters this final judgment and dismisses this case without prejudice. The Clerk shall close the case.

**SO ORDERED**.

**SIGNED** and **ENTERED** on February 10, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**